UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
<u>MIAMI</u> DIVISION
www.flsb.uscourts.gov

In re: Glorelys R. Fuentes              Case No: 13-18782-LMI
                                        Chapter 13

_____<u>     Debtor     </u>__/

# MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN <u>ON REAL PROPERTY</u>

## IMPORTANT NOTICE TO CREDITORS:
## THIS IS A MOTION TO VALUE YOUR COLLATERAL

This Motion seeks to value collateral described below securing the claim of the creditor listed below.

---

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING <u>[SEE LOCAL RULE 3015-3(A)(2)]</u>**

If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]

1.   Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of <u>Wilshire Credit Corp</u> the "Lender"). Lender holds a mortgage recorded on <u>March 1, 2006</u> at OR Book <u>24280</u> Page <u>3528</u> in the official records of <u>Miami-Dade</u> County, Florida.

2.   The real property is located at <u>12251 SW 39th Terrace, Miami, FL 33175-3017</u>, and is more particularly described as follows: 13 54 39 SOUTHERN ESTS 4TH ADDN PB 73-81 LOT 25 BLK 24 LOT SIZE 75.000 X 100 OR 20537-0904 07/2002 4 COC 24280-3510 02 2006 1.

3. At the time of the filing of this case, the value of the real property is $248,000.00 as determined by Private Appraisal (herein attached as Exhibit "A").

4. Bank Of America, N.A. hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $372,708.00.

5. *(Select only one):*

   **X**  Lender's collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

   ___ Lender's collateral is not solely the debtor's principal residence. After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ _____ remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $ _____ and the value of the Lender's unsecured, deficiency claim is $ _____.

6. The undersigned reviewed the docket and claims register and states (select only one):

   **X**  Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

   or

   ___ Lender filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7. The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be

$0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**Submitted by:**

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
12251 SW 39 Terrace
Miami, FL 33175

### FOR
Glorelys Fuentes

### AS OF
March 26, 2013

### BY
Roberto Sanchez
TKJ ASSOCIATES / APPRAISAL SERVICES
9932 SW 16 Street
Pembroke Pines, FL 33025
(954) 534-4548
robert@tkjappraisals.com
www.tkjappraisals.com

Exhibit "A"

# RESIDENTIAL APPRAISAL SUMMARY REPORT

Robert Sanchez (954) 854-1548   File No.: RS1303009

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 12251 SW 39 Terrace |
| City | Miami |
| State | FL |
| Zip Code | 33175 |
| County | Miami-Dade |
| Legal Description | 13 54 39 Southern Ests 4th Addn PB 73-81 Lot 25 Blk 24 Lot Size 75.000 x 100 OR 20537-0904 07/2002 4 COC 24280-3510 02 2006 1 |
| Assessor's Parcel # | 30-4913-005-0250 |
| Tax Year | 2012 |
| R.E. Taxes $ | 2,995.95 |
| Special Assessments $ | None Known |
| Borrower (if applicable) | Glorelys Fuentes |
| Current Owner of Record | Glorelys Fuentes |
| Occupant | [X] Owner [ ] Tenant [ ] Vacant [ ] Manufactured Housing |
| Project Type | [ ] PUD [ ] Condominium [ ] Cooperative [X] Other (describe) Residential |
| HOA $ | N/A [ ] per year [ ] per month |
| Market Area Name | Southern Estates 4th Addn |
| Map Reference | 30-49-13 |
| Census Tract | |

The purpose of this appraisal is to develop an opinion of: [X] Market Value (as defined), or [ ] other type of value (describe)
This report reflects the following value (if not Current, see comments): [X] Current (the Inspection Date is the Effective Date) [ ] Retrospective [ ] Prospective
Approaches developed for this appraisal: [X] Sales Comparison Approach [ ] Cost Approach [ ] Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: [X] Fee Simple [ ] Leasehold [ ] Leased Fee [ ] Other (describe)

## ASSIGNMENT

Intended Use: Homeowner's personal use to determine current market value for a bankruptcy consideration.

Intended User(s) (by name or type): Glorelys Fuentes
Client: Glorelys Fuentes   Address: 12251 SW 39 Terrace, Miami, FL 33175
Appraiser: Roberto Sanchez   Address: 9932 SW 16 Street, Pembroke Pines, FL 33025

## MARKET AREA DESCRIPTION

| | | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | | PRICE $(000) | AGE (yrs) | One-Unit | 90 % | [X] Not Likely |
| Built up | [X] Over 75% [ ] 25-75% [ ] Under 25% | [X] Owner 85 | | | 2-4 Unit | 0 % | [ ] Likely [ ] In Process |
| Growth rate | [ ] Rapid [X] Stable [ ] Slow | [X] Tenant 15 | 96 Low 40 | | Multi-Unit | 5 % | * To: |
| Property values | [ ] Increasing [X] Stable [ ] Declining | [X] Vacant (0-5%) | 280 High 53 | | Comm'l | 5 % | |
| Demand/supply | [ ] Shortage [X] In Balance [ ] Over Supply | [ ] Vacant (>5%) | 220's Pred 50's | | | % | |
| Marketing time | [ ] Under 3 Mos. [X] 3-6 Mos. [ ] Over 6 Mos. | | | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The subject is bound to the north by SW 26 Street (Coral Way), to the East by S.W. 122 Avenue, to the South by S.W 42 Street (Bird Road). and to the west by S.W. 127 Avenue. The subject property is situated within reasonable proximity to major amenities such as: schools, employment facilities, recreational facilities, shopping, public transportation, and service facilities. A thorough research was performed of the subject's immediate area, this research indicated the subject is located in an average market place in which residential properties similar to the subject take approximately 3 to 6 months to sell, There appears to be stability in property values and a balance of properties for sale. These figures were obtained from the appraisers observation of the marketing time for listings and sales within the immediate area.

## SITE DESCRIPTION

| Field | Value |
|---|---|
| Dimensions | 80.000 x 100 |
| Site Area | 8,000.00 sq. ft. +/- |
| Zoning Classification | RU-1 Single Family Residential District 7,500 FT2 Net |
| Description | Single Family Residential |
| Zoning Compliance | [X] Legal [ ] Legal nonconforming (grandfathered) [ ] Illegal [ ] No zoning |
| Are CC&Rs applicable? | [ ] Yes [X] No [ ] Unknown  Have the documents been reviewed? [ ] Yes [ ] No   Ground Rent (if applicable) $ / |
| Highest & Best Use as improved | [X] Present use, or [ ] Other use (explain) Single Family Residence |
| Actual Use as of Effective Date | Residential Residence |
| Use as appraised in this report | Residential Residence |
| Summary of Highest & Best Use | Present Use |

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Slight Upward Slope |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | | Street | Asphalt | [X] | [ ] | Size | N/A |
| Gas | [X] | [ ] | | Curb/Gutter | Yes | [X] | [ ] | Shape | Rectangular |
| Water | [X] | [ ] | | Sidewalk | Yes | [X] | [ ] | Drainage | Adequate |
| Sanitary Sewer | [X] | [ ] | | Street Lights | Yes / Cement Pole | [X] | [ ] | View | Residential |
| Storm Sewer | [X] | [ ] | | Alley | No | [ ] | [ ] | | |

Other site elements: [X] Inside Lot [ ] Corner Lot [ ] Cul de Sac [ ] Underground Utilities [ ] Other (describe)
FEMA Spec'l Flood Hazard Area [X] Yes [ ] No   FEMA Flood Zone AE   FEMA Map # 12086CO432L   FEMA Map Date 9/11/2009

Site Comments: The subject site is rectangular in shape, situated on the interior of the block. Entry and egress from street is found to be unproblematic. No Adverse environmental conditions were observed at time of inspection. Subject property has an electrical easement which is common for the neighborhood.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | [X] None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  [ ] Acc.Unit | Foundation | Concrete Slab | Slab | Concrete | Area Sq. Ft. | | Type | Electric |
| # of Stories | 1 | Exterior Walls | CBS / Avg | Crawl Space | None | % Finished | | Fuel | Electric |
| Type | [X] Det. [ ] Att. | Roof Surface | Shingle / Avg | Basement | None | Ceiling | | | |
| Design (Style) | 1 Story / Detach | Gutters & Dwnspts. | None | Sump Pump | | Walls | | Cooling | |
| [X] Existing [ ] Proposed [ ] Und.Cons. | | Window Type | H. Slide | Dampness | | Floor | | Central | Central |
| Actual Age (Yrs.) | 51 Years | Storm/Screens | None | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 25 Years | | | Infestation | None Observe | | | | |

| Interior Description | | Appliances | | Attic | [ ] None | Amenities | | Car Storage | [ ] None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | C. Tile / Good | Refrigerator | [X] | Stairs | [X] | Fireplace(s) # None | Woodstove(s) # | Garage  # of cars ( Tot.) | |
| Walls | Drywall / Good | Range/Oven | [X] | Drop Stair | [ ] | Patio | Covered | Attach. | [X] 1 Car Garag |
| Trim/Finish | C.Tile /Good | Disposal | [ ] | Scuttle | [ ] | Deck | None | Detach. | |
| Bath Floor | C.Tile / Good | Dishwasher | [X] | Doorway | [X] | Porch | Open | Blt.-In | |
| Bath Wainscot | C.Tile / Good | Fan/Hood | [X] | Floor | [ ] | Fence | Rear C. Link | Carport | |
| Doors | Wood /Good | Microwave | [ ] | Heated | [ ] | Pool | None | Driveway | [X] Asphalt |
| | | Washer/Dryer | [X] | Finished | [ ] | | | Surface | |

Finished area above grade contains: 7 Rooms 3 Bedrooms 3 Bath(s) 2,307 Square Feet of Gross Living Area Above Grade

Additional features: Wood cabinets, Stainless Steel appliances & Formica Countertops in Kitchen., Ceiling Fans Throughout.

Describe the condition of the property (including physical, functional and external obsolescence): At date of Inspection, Subject property appeared to have been properly maintained with no visual physical or functional obsolescense, Subject property was in Average Condition as of date of inspection. Appraiser recommends prospective investor to contract a home inspector for full home inspection including roof. Construction Quality is typical of area comparables. Effective Age Is Based On Physical Depreciation.

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: RS1303009

## TRANSFER HISTORY

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Homeowner / County Records / Tax Records

**1st Prior Subject Sale/Transfer**
- Date: March 1, 2006
- Price: $460,000 / Warranty Deed
- Source(s): County Records

**2nd Prior Subject Sale/Transfer**
- Date: June 16, 2005
- Price: $339,000
- Source(s): County Records

Analysis of sale/transfer history and/or any current agreement of sale/listing: Analysis of prior sales of the subject and comparable sales, indicate that the subject neighborhood appears to be family oriented with prior sales ranging from 1 - 10 years. Although investors may be present, the general trend indicate predominantly a family oriented neighborhood.

## SALES COMPARISON APPROACH TO VALUE (if developed)

[ ] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 12251 SW 39 Terrace, Miami, FL 33175 | 12542 SW 28 Street, Miami, FL 33175 | | 3263 SW 118 Court, Miami, FL 33175 | | 12121 SW 32 Terrace, Miami, FL 33175 | |
| Proximity to Subject | | 0. Miles | | 0. Miles | | 0. Miles | |
| Sale Price | $ N/A | $ 242,000 | | $ 245,000 | | $ 236,000 | |
| Sale Price/GLA | $ 140.17 /sq.ft. | $ 113.99 /sq.ft. | | $ 121.65 /sq.ft. | | $ 110.38 /sq.ft. | |
| Data Source(s) | Tax / County Rec. | MLS-A1710035 / County Rec. | | MLS-A1671992 / County Rec. | | MLS-A1648951 / County Rec. | |
| Verification Source(s) | Interior Inspection | Exterior Inspection | | Exterior Inspection | | Exterior Inspection | |
| **VALUE ADJUSTMENTS** | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | Not Applicable | Cash | | Conventional | | Cash | |
| Concessions | None Known | None Known | | None Known | | None Known | |
| Date of Sale/Time | N/A | 3/06/2013 | | 11/15/2012 | | 9/10/2012 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Interior | Corner | | Interior | | Interior | |
| Site | 8,000.00 sq. ft. | 8,900.00 sq. ft. | | 8,550 Sq.ft. | | 7,500 Sq.ft. | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 1 Story / Detach | 1 Story / Detach | | 1 Story / Detach | | 1 Story / Detach | |
| Quality of Construction | CBS / Shingle | CBS / Barrel Tile | -5,000 | CBS / Shingle | | CBS / Shingle | |
| Age | 51 Years | 46 Years | | 45 Years | | 44 Years | |
| Condition | Average | Good | -10,000 | Average | | Average | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 3 | Total 8 / Bdrms 4 / Baths 3 | | Total 7 / Bdrms 4 / Baths 2 | +3,500 | Total 7 / Bdrms 4 / Baths 2 | +3,500 |
| Gross Living Area | 2,307 sq.ft. | 2,123 sq.ft. | +5,520 | 2,014 sq.ft. | +8,790 | 2,138 sq.ft. | +5,070 |
| Basement & Finished Rooms Below Grade | N/A / N/A | N/A / N/A | | N/A / N/A | | N/A / N/A | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central A/C | Central A/C | | Central A/C | | Central A/C | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 1 Car Garage | None | +4,000 | None | +4,000 | None | +4,000 |
| Porch/Patio/Deck | Open Patio | Open Patio | | Open Patio | | Open Patio | |
| In-Ground Pool | None | None | | None | | None | |
| Net Adjustment (Total) | | [ ] + [X] - $ -5,480 | | [X] + [ ] - $ 16,290 | | [X] + [ ] - $ 12,570 | |
| Adjusted Sale Price of Comparables | | Net 2.3 % / Gross 10.1 % $ 236,520 | | Net 6.6 % / Gross 6.6 % $ 261,290 | | Net 5.3 % / Gross 5.3 % $ 248,570 | |

Summary of Sales Comparison Approach: Subject is one of the largest homes in the neighborhood. Appraiser researched sorrounding neighborhoods in efforts of locating comparables with similar square footage to subject and in similar condition. Furthermore, there is a discrepancy in living square footage based on appraisers measurements and what Miami-Dade County has documented. The comparable sales utilized are considered good indicators of the subject's estimated market value. Comparable properties utilized are similar in design, appeal and quality of construction. Sales recited are from the subject's neighborhood and are in acceptable proximity to the subject. They are the most recent and most comparable found. All values affecting dissimilarities were adjusted according to market reaction. The indicated range of values brackets the value of the subject. Equal consideration was given to all comparables in formulating an opinion of value.

Indicated Value by Sales Comparison Approach $ 248,000

# ADDITIONAL COMPARABLE SALES

File No.: RS1303009

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjust. | COMPARABLE SALE # 5 | +(-) $ Adjust. | COMPARABLE SALE # 6 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 12251 SW 39 Terrace<br>Miami, FL 33175 | 12250 SW 39 Terrace<br>Miami, FL 33175 | | | | | |
| Proximity to Subject | | 0. Miles | | | | | |
| Sale Price | $ N/A | $ 240,000 | | $ | | $ | |
| Sale Price/GLA | $ 140.17 /sq.ft. | $ 136.05 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Tax / County Rec. | MLS-A1697564 / County Rec. | | | | | |
| Verification Source(s) | Interior Inspection | Exterior Inspection | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | Not Applicable<br>None Known | FHA<br>None Known | | | | | |
| Date of Sale/Time | N/A | 1/31/2013 | | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Interior | Interior | | | | | |
| Site | 8,000.00 sq. ft. | 8,000.00 sq. ft. | | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | 1 Story / Detach | 1 Story / Detach | | | | | |
| Quality of Construction | CBS / Shingle | CBS / Shingle | | | | | |
| Age | 51 Years | 51 Years | | | | | |
| Condition | Average | Average | | | | | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 7 / 3 / 3 | 6 / 3 / 2 | +3,500 | | | | |
| Gross Living Area | 2,307 sq.ft. | 1,764 sq.ft. | +16,290 | sq.ft. | | sq.ft. | |
| Basement & Finished | N/A | N/A | | | | | |
| Rooms Below Grade | N/A | N/A | | | | | |
| Functional Utility | Good | Good | | | | | |
| Heating/Cooling | Central A/C | Central A/C | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Garage/Carport | 1 Car Garage | 1 Car Garage | | | | | |
| Porch/Patio/Deck | Open Patio | Open Patio | | | | | |
| In-Ground Pool | None | None | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - $ 19,790 | | [ ] + [ ] - $ | | [ ] + [ ] - $ | |
| Adjusted Sale Price of Comparables | | Net 8.2 %<br>Gross 8.2 % $ 259,790 | | Net %<br>Gross % $ | | Net %<br>Gross % $ | |
| Summary of Sales Comparison Approach | See summary of sales comparison approach from previous page. | | | | | | |

Form GPRES2.(AC) - "TOTAL 2011" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: RS1303009

## COST APPROACH TO VALUE (if developed)
☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):
See attached sketch for floor plan layout, room count and gross living area calculations.
The subject's site value has been derived from Broward County Property Appraisers Property Records.

**COST APPROACH IS NOT INTENDED FOR INSURANCE PURPOSES.**

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW

| | |
|---|---|
| OPINION OF SITE VALUE | = $ 45,000 |
| DWELLING    Sq.Ft. @ $ | = $ |
| Source of cost data: | Sq.Ft. @ $ = $ |
| Quality rating from cost service:    Effective date of cost data: | Sq.Ft. @ $ = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ = $ |
| | Sq.Ft. @ $ = $ |
| | = $ |
| Garage/Carport    Sq.Ft. @ $ | = $ |
| Total Estimate of Cost-New | = $ |
| Less    Physical    Functional    External | |
| Depreciation | = $( ) |
| Depreciated Cost of Improvements | = $ |
| "As-is" Value of Site Improvements | = $ |
| | = $ |
| | = $ |
| Estimated Remaining Economic Life (if required):    Years | INDICATED VALUE BY COST APPROACH = $ |

## INCOME APPROACH TO VALUE (if developed)
☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable)
☐ The Subject is part of a Planned Unit Development.

Legal Name of Project: Southern Estates 4th Addn
Describe common elements and recreational facilities:

---

Indicated Value by: Sales Comparison Approach $ **248,000**   Cost Approach (if developed) $ **N/A**   Income Approach (if developed) $ **N/A**

**Final Reconciliation**   Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. This approach is given all emphasis in the reconciliation. The Cost Approach and the Income Approach were not considered for this assignment.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ **248,000**, as of: **March 26, 2013**, which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains **18** pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

**Attached Exhibits:**

| ☒ Scope of Work | ☒ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
|---|---|---|---|---|
| ☒ Map Addenda | ☐ Additional Sales | ☐ Cost Addendum | ☐ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | ☐ | ☐ | ☐ |

Client Contact: **Nataly**   Client Name: **Glorelys Fuentes**
E-Mail: **nvalle@bankruptcyclinic.com**   Address: **12251 SW 39 Terrace, Miami, FL 33175**

### APPRAISER
Appraiser Name: **Roberto Sanchez**
Company: **TKJ ASSOCIATES / APPRAISAL SERVICES**
Phone: **(954) 534-4548**   Fax:
E-Mail: **robert@tkjappraisals.com**
Date of Report (Signature): **3/27/2013**
License or Certification #: **RD7709**   State: **FL**
Designation: **State Certified Residential Real Estate Appraiser**
Expiration Date of License or Certification: **11/30/2014**
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: **March 26, 2013**

### SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)
Supervisory or Co-Appraiser Name:
Company:
Phone:   Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:   State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

# FIRREA / USPAP ADDENDUM

| | | | |
|---|---|---|---|
| Client | Glorelys Fuentes | File No. | RS1303009 |
| Property Address | 12251 SW 39 Terrace | | |
| City | Miami | County Miami-Dade | State FL  Zip Code 33175 |
| Appraiser | Roberto Sanchez | | |

## Purpose
As requested by the Client, the Function of this Appraisal Report is for determination of market value to assist in a bankruptcy proceeding.

## Scope of Work
See Below Additional Comments.

## Intended Use / Intended User
**Intended Use:** The Intended User of this appraisal report is the client. The Intended Use is to evaluate the property that is the subject of this appraisal, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**Intended User(s):** Glorelys Fuentes

## History of Property
**Current listing information:** The subject property is not currently listed on MLS system.
Appraiser was not presented a sales contract for review.

**Prior sale:** The subject property was last transferred on March 1, 2006 in the amount of $460,000 (DEE)

## Exposure Time / Marketing Time
Marketing and exposure time are each estimated to be approximately 3 to 6 months.

## Personal (non-realty) Transfers
None

## Additional Comments

### SCOPE OF WORK
The scope of work in this assignment include a personal inspection of the subject property, reviewing public record information concerning the subject and other properties in its immediate neighborhood. All sales used in comparison to the subject were personally inspected (exterior only, unless otherwise noted) by the appraiser, and were photographed by either the appraiser or someone under his direction.
The scope of work for this assignment also included developing an opinion of value for the subject using the sales comparison approach. Cost new is based on information obtained from Marshall & Swift Residential Cost Handbook, as well as from local builders.Sources used in obtaining sale information include: public records, real estate sales data published by Broward County property appraisers office, MLS data, other appraisers, local real estate sales agents, and field inspections. Market data gathered include sales and listings of properties similar to the subject.The appraiser has made a sketch of the improvements taken from the measurements of the exterior of the building. Sales of similar properties that have occurred over the past six months were researched in the subject area. Of the researched sales, the ones considered to be most similar were used in the sales comparison approach because of; proximity to the subject, size, design, and quality of construction.
The appraisal problem did not warrant an intensive highest and best use study. Given the nature of the subject real estate, my conclusion was based on logic and observed evidence. Sales comparison approaches to value have been considered in arriving at an opinion of value. The sales comparison is given preference, based on the actions demonstrated by buyers and sellers in the market place.
All electrical, plumbing and mechanical systems are assumed to be in working order.
Our inspection of the property is limited to a cursory overview for valuation purposes only.

### DIGITAL SIGNATURE COMMENT
Roberto Sanchez employs the use of digital signatures. These signatures are passcode protected for authenticity, and once applied to the appraisal report will prevent any alteration to the report.

## Certification Supplement
1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.
2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

| | | | |
|---|---|---|---|
| Appraiser: | Roberto Sanchez | Supervisory Appraiser: | |
| Signed Date: | 3/27/2013 | Signed Date: | |
| Certification or License #: | RD7709 | Certification or License #: | |
| Certification or License State: | FL  Expires: 11/30/2014 | Certification or License State:   Expires: | |
| Effective Date of Appraisal: | March 26, 2013 | Inspection of Subject:  ☐ Did Not  ☐ Exterior Only  ☒ Interior and Exterior | |

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute

the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have not previously appraised this property within the last 3 yearsI. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 12251 SW 39 Terrace, Miami, FL 33175

**APPRAISER:**
Signature:
Name: Roberto Sanchez
Date Signed: 3/27/2013
State Certification #: RD7709
or State License #:
State: FL
Expiration Date of Certification or License: 11/30/2014

**SUPERVISORY APPRAISER (only if required):**
Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

☒ Did    ☐ Did Not Inspect Property

# Assumptions, Limiting Conditions & Scope of Work

| | | File No.: RS1303009 |
|---|---|---|
| Property Address: 12251 SW 39 Terrace | City: Miami | State: FL  Zip Code: 33175 |
| Client: Glorelys Fuentes | Address: 12251 SW 39 Terrace, Miami, Fl 33175 | |
| Appraiser: Roberto Sanchez | Address: 9932 SW 16 Street, Pembroke Pines, FL 33025 | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

## Certifications

| | |
|---|---|
| File No.: | RS1303009 |

| Property Address: | 12251 SW 39 Terrace | City: | Miami | State: | FL | Zip Code: | 33175 |
| Client: | Glorelys Fuentes | Address: | 12251 SW 39 Terrace, Miami, Fl 33175 |
| Appraiser: | Roberto Sanchez | Address: | 9932 SW 16 Street, Pembroke Pines, FL 33025 |

### APPRAISER'S CERTIFICATION
I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**
I have not appraised this property within the past three years.

### DEFINITION OF MARKET VALUE *:
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | Nataly | Client Name: | Glorelys Fuentes |
| E-Mail: | nvalle@bankruptcyclinic.com | Address: | 12251 SW 39 Terrace, Miami, Fl 33175 |

### SIGNATURES

**APPRAISER**
Appraiser Name: Roberto Sanchez
Company: TKJ ASSOCIATES / APPRAISAL SERVICES
Phone: (954) 534-4548  Fax:
E-Mail: robert@tkjappraisals.com
Date Report Signed: 3/27/2013
License or Certification #: RD7709   State: FL
Designation: State Certified Residential Real Estate Appraiser
Expiration Date of License or Certification: 11/30/2014
Inspection of Subject: [X] Interior & Exterior  [ ] Exterior Only  [ ] None
Date of Inspection: March 26, 2013

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**
Supervisory or Co-Appraiser Name:
Company:
Phone:  Fax:
E-Mail:
Date Report Signed:
License or Certification #:   State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: [ ] Interior & Exterior  [ ] Exterior Only  [ ] None
Date of Inspection:



## Subject Photo Page

| Client | Glorelys Fuentes | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 12251 SW 39 Terrace | | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code | 33175 |
| Appraiser | Roberto Sanchez | | | | | | |



**Subject Front**

12251 SW 39 Terrace
Sales Price     N/A
G.L.A.          2,307
Tot. Rooms      7
Tot. Bedrms.    3
Tot. Bathrms.   3
Location        Interior
View            Residential
Site            8,000.00 sq. ft.
Quality         CBS / Shingle
Age             51 Years



**Subject Rear**



**Subject Street**

Form PIC4X6.SR - "TOTAL 2011" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Interior Photo Page

| Client | Glorelys Fuentes | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 12251 SW 39 Terrace | | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code | 33175 |
| Appraiser | Roberto Sanchez | | | | | | |



**Subject Kitchen**
12251 SW 39 Terrace
Sales Price   N/A
G.L.A.        2,307
Tot. Rooms    7
Tot. Bedrms.  3
Tot. Bathrms. 3
Location      Interior
View          Residential
Site          8,000.00 sq. ft.
Quality       CBS / Shingle
Age           51 Years



**Subject Living Area**



**Subject Bathroom**

Form PIC4X6.SR - "TOTAL 2011" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Comparable Photo Page

| | |
|---|---|
| Client | Glorelys Fuentes |
| Property Address | 12251 SW 39 Terrace |
| City | Miami      County Miami-Dade      State FL      Zip Code 33175 |
| Appraiser | Roberto Sanchez |



**Comparable 1**
12542 SW 28 Street
Proximity      0. Miles
Sale Price     242,000
GLA            2,123
Total Rooms    8
Total Bedrms   4
Total Bathrms  3
Location       Corner
View           Residential
Site           8,900.00 sq. ft.
Quality        CBS / Barrel Tile
Age            46 Years



**Comparable 2**
3263 SW 118 Court
Proximity      0. Miles
Sale Price     245,000
GLA            2,014
Total Rooms    7
Total Bedrms   4
Total Bathrms  2
Location       Interior
View           Residential
Site           8,550 Sq.ft.
Quality        CBS / Shingle
Age            45 Years



**Comparable 3**
12121 SW 32 Terrace
Proximity      0. Miles
Sale Price     236,000
GLA            2,138
Total Rooms    7
Total Bedrms   4
Total Bathrms  2
Location       Interior
View           Residential
Site           7,500 Sq.ft.
Quality        CBS / Shingle
Age            44 Years

## Comparable Photo Page

| | |
|---|---|
| Client | Glorelys Fuentes |
| Property Address | 12251 SW 39 Terrace |
| City | Miami |
| County | Miami-Dade |
| State | FL |
| Zip Code | 33175 |
| Appraiser | Roberto Sanchez |



### Comparable 4

12250 SW 39 Terrace
Proximity       0. Miles
Sale Price      240,000
GLA             1,764
Total Rooms     6
Total Bedrms    3
Total Bathrms   2
Location        Interior
View            Residential
Site            8,000.00 sq. ft.
Quality         CBS / Shingle
Age             51 Years

### Comparable 5

Proximity
Sale Price
GLA
Total Rooms
Total Bedrms
Total Bathrms
Location
View
Site
Quality
Age

### Comparable 6

Proximity
Sale Price
GLA
Total Rooms
Total Bedrms
Total Bathrms
Location
View
Site
Quality
Age

Form PIC4X6.CR - "TOTAL 2011" appraisal software by a la mode, inc. - 1-800-ALAMODE