UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Glorelys. R. Fuentes               Case No: 13-18782-LMI
                                             Chapter 13


_____Debtor_____/


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on June 17, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Glorelys R. Fuentes
12251 SW 39th Terrace
Miami, FL 33175

Wilshire Credit Corporation
14523 SW Millikan Way #200
Beaverton, OR 97005

Via Certified Mail:

Wilshire Credit Corporation
c/o Corporation Service Company, Registered Agent
285 Liberty Street, NE
Salem, OR 97301

Wilshire Credit Corporation
Attn: Jay Memmott, President
14523 SW Millikan Way
#200
Beaverton, OR 97005

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
          Robert Sanchez, Esq., FBN#0442161