UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Glorelys. R. Fuentes                              Case No: 13-18782-LMI
                                                           Chapter 13


_____Debtor_____/


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Amended Motion to Value and Determine Secured Status of Lien on Real Property and Order Continuing Motion to Value and Determine Secured Status of Lien on Real Property Held by Wilshire Credit Corporation whose loan was purchased by Bank of America and Bank of America now holds said mortgage was sent to all interested parties on September 13, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Glorelys R. Fuentes
12251 SW 39th Terrace
Miami, FL 33175

Bank of America Corporation
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Bank of America
Attn: Bankruptcy Department
CA-6-919-02
POB 5170
Simi Valley, CA 93062

Via Certified Mail:

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

Bank of America, N.A.
c/o Brian Moynihan, CEO
401 N. Tryon Street, NC1-021-02-20
Charlotte, NC 28255

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
   Robert Sanchez, Esq., FBN#0442161