CHAPTER 13 PLAN (Individual Adjustment of Debts)

FIRST AMENDED PLAN

DEBTOR: Glorelys R. Fuentes          JOINT DEBTOR:                CASE NO.: 13-18782-LMI

Last Four Digits of SS# 2045          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 210.00 for months 1 to 36 ;in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00+$750.00(Motion to Value)+$150.00+$25.00 costs=$4,425.00
    ___TOTAL PAID $2,000.00 Balance Due$ 2,425.00 payable $ 161.67 /month (Months 1 to 15 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE
Address:

Arrearage on Petition Date    $
Arrears Payment    $_____/month
(Months ____ to ____ )
Regular Payment    $_____/month
(Months ____ to ____ )

Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America | Homestead:12251 SW 39th Terrace, Miami, FL 33175 $248,000.00 | 0 % | None | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE

                Total Due    $
    Payable      $_____/month (Months____ to ____) Regular Payment $

Unsecured Creditors: Pay $ 27.33 /month (Months 1 to 15 ); Pay $189.00 /month (Months 16 to 36 ).

LF-31 (rev. 01/08/10)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is paying U.S. Bank National Association as Successor Trustee to Bank of America directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor
Date: 8/27/2013

Joint Debtor
Date:_____

LF-31 (rev. 01/08/10)